UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GARY H. RAMSEY, et al.,

                                    Plaintiffs,                    **MEMORANDUM & ORDER**
                                                                   99-CV-4341(ERK)
        -against-

DISTRICT 141, INTERNATIONAL
ASSOCIATION OF MACHINISTS &
AEROSPACE WORKERS, et al.,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Korman, Ch. J.

        The recommendation of the United States magistrate judge relating to plaintiff's fee

application is adopted.  The objection to the R&R relates to the reduction of the fee award

to take into account unsuccessful claims against a third party.  I assume familiarity with the

underlying facts.

        As a general matter there is no hard and fast rule precluding a judge from weighing

unsuccessful or withdrawn claims in determining an award of counsel fees.  <u>See Green v.</u>

<u>Torres,</u> 361 F2d 96, 99 (2d Cir. 2004).  More significantly, in this case the unsuccessful

claims weighed by the United States magistrate judge involved claims against a <u>different</u>

defendant than the one against whom plaintiff ultimately succeeded, and those claims would

not have provided "a common benefit" to the rest of the union membership - the predicate

for the award of counsel fees.  R&R at 7, n. 1.

        There are simply no considerations of policy for awarding counsel fees for the

prosecution of such claims against a third party, and the United States magistrate judge correctly weighed the cost of the prosecution of those claims in determining the fee award.

**SO ORDERED:**

Brooklyn, New York
June 23, 2005

_____
Edward R. Korman
United States Chief District Judge