**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 13 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GARY H. RAMEY, ET AL.,

                                              Plaintiffs,

    -against-

DISTRICT 141, INTERNATIONAL
ASSOCIATION OF MACHINISTS AND
AEROSPACE WORKERS, ET AL.,

                                              Defendants.
------------------------------------------------------------------X

                                              JUDGMENT
                                              99-CV- 4341 (BMC)

        A Memorandum and Order of Honorable Brian M. Cogan, United States District

Judge, having been filed on September 10, 2010, ordering that plaintiffs Droz, O'Grady,

Lowe, and Simuta are entitled to the damages previously awarded them; and denying

plaintiffs' application for attorneys' fees for the damages proceedings; it is

        ORDERED and ADJUDGED that plaintiffs Dean R. Droz, Thomas P. O'Grady,

James M. Lowe, and Raymond J. Simuta are entitled to the damages previously awarded to

them; and that it is further,

        ORDERED and ADJUDGED that plaintiffs' application for attorneys' fees

for the damages proceedings is denied.

Dated:  Brooklyn, New York
        September 13, 2010

                                              /s/
                                              _____
                                              ROBERT C. HEINEMANN
                                              Clerk of Court